# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob McAdams, being duly sworn upon oath, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation and have been since October of 2012. Since November of 2019, I have been assigned to the Indianapolis Division, Merrillville Resident Agency where I have been a member of the Gang Response Investigative Team (GRIT), a violent crimes task force focusing on gang violations, and violent crimes. Prior to being assigned to the Merrillville Resident Agency I worked in the Philadelphia Division. I have received training from the FBI in the fields of violent crime, crimes against children, public corruption, white collar crime and fraud, computer crime, and the enforcement of federal drug laws.

2.     The information contained in this affidavit is based upon my personal knowledge, information provided to me by other law enforcement personnel, public records, and records provided by communications companies. This affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known to me concerning this investigation.

3.     On the basis of the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that on or about September 24, 2025, in the Northern

District of Indiana and elsewhere, Jarvere WATSON knowingly and willfully did transmit in interstate commerce a communication that contained a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

4. By way of background, I know Eddie Melton, Jr. to be the current Mayor of Gary, Indiana. Mayor Melton is a well-known elected representative in the northwest Indiana area and is an active politician.

5. By way of background, Facebook is a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public. Facebook is operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California, and maintains servers outside the state of Indiana.

6. On September 24, 2025, I was contacted by an officer of the Gary Police Department, who sent me screenshots of Facebook posts by user Jarvere WatsonGod (hereinafter, the SUBJECT ACCOUNT).

7. I received the first screenshot of the SUBJECT ACCOUNT around 8:00 am on September 24, 2025. In the screenshot, it appears that the SUBJECT ACCOUNT reposted a digital flier that was shared by Eddie Melton's official Facebook Account. This digital flier contained a photo of Eddie Melton and provided information about the date and location for an

2

event being hosted by "Mayor Eddie Melton & Team." Below this, the SUBJECT ACCOUNT posted the following comment: "I WANT HIM DEAD." In addition, above the digital flier, the SUBJECT ACCOUNT posted the following message: "GARY GDS I HAVE 1.8 BILLION ON HIS HEAD." Based on my training and experience, "Gary GDs" likely refers to the Gary Gangster Disciple street gang, which is a well known gang in the Gary, IN area. Gangster Disciples are known to commit acts of violence, and are believed to be involved in other criminal activity. The post indicated that these messages were created about four hours before the screenshot was taken on September 24, 2025.

8. I received additional screenshots of the SUBJECT ACCOUNT around 11:30 am on September 24, 2025. In one screenshot, the SUBJECT ACCOUNT "tagged" Mayor Melton's official Facebook account and stated the following: "I WANT MY CITY AND U DEAD PLZ EXCUSE URSELF FRM MY CITY FOR I HAVE ALL WATSONS AND LEVIS KILL U LIKE THEY TRYNA KILL ME IN NAP WITH THERE POLICES I WANT HIM DEAD TO DAY." Because the SUBJECT ACCOUNT "tagged" Mayor Melton's official Facebook account in this post, I believe this statement was directed towards Mayor Melton. The post indicated that this message was created about 11 hours before the screenshot was taken on September 24, 2025. Below this statement, the SUBJECT ACCOUNT posted a photo of a person's face. In the

3

course of this investigation, I reviewed Indiana driver's license records from the Indiana Bureau of Motor Vehicles. Based on my review of the photo on WATSON's Indiana driver's license, I believe the individual in the photo posted on the SUBJECT ACCOUNT is WATSON.

9. In another screenshot, the SUBJECT ACCOUNT reposted a post made by Mayor Eddie Melton on September 21, 2025. Above the post by Mayor Eddie Melton, the SUBJECT ACCOUNT made the following comment: "I DO AND IM GOING TO KILL YOU." The post indicated that this message was created about 11 hours before the screenshot was taken on September 24, 2025.

10. Open source reporting indicated that the SUBJECT ACCOUNT was likely attributable to WATSON. Law enforcement database searches indicated that WATSON's date of birth was 10/11/1986, and had an address of 1033 E Washington Street, Indianapolis, IN.

11. On September 25, 2025, I served an Emergency Disclosure Request (EDR) for the SUBJECT ACCOUNT to Facebook. Facebook responded and provided the following information for the SUBJECT ACCOUNT: email javywatsonhello@gmail.com; name of Jarvere WatsonGod; ip address of [2607:fb90:bb85:01ee:0ad2:5a57:5076:21ad]:41169; date of birth (DOB): 10/11/1986. I noted that the DOB in the Facebook records matched the DOB found in the law enforcement database searches for WATSON. In

4

addition, I believe that a posting to Facebook necessarily travels from its origin to Facebook servers and can be seen by anyone authorized to see the writer's posts. In addition, when replying or commenting on posts made by Mayor Eddie Melton, those posts are communicated to anyone who is signed on to see the Mayor Eddie Melton's posts. Therefore, I believe that the communications were transmitted in interstate commerce.

## CONCLUSION

12. On the basis of the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that that on or about September 24, 2025, in the Northern District of Indiana and elsewhere, Jarvere WATSON knowingly and willfully did transmit in interstate commerce a communication that contained a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

FURTHER SAYETH AFFIANT NAUGHT.

*Jacob L. McAdams*
_____
Jacob McAdams
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to me by telephone and transmission of this affidavit by reliable electronic means pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1 on September 26, 2025.

   s/ Abizer Zanzi
_____
HONORABLE ABIZER ZANZI
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA